## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  3:25-CR-00299-09 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| SAMMIE WHITE (09) | MAG. JUDGE KAYLA D. MCCLUSKY |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 197] having been considered, and the parties having waived their objections thereto;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the Court hereby adjudges Defendant guilty of the offense charged in Count One of the Superseding Indictment.

**IT IS FURTHER ORDERED** that Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the property, firearms, ammunition, currency, and/or jewelry referenced in the Superseding Indictment and/or that was seized in this matter is accepted.

THUS DONE AND SIGNED in Monroe, Louisiana, this 24th day of July, 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE